**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEFAN KROL and DEANNA KROL,** | : | **No. 3:14cv1949** |
| **Plaintiffs** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ALLSTATE INSURANCE COMPANY** | : | |
| **and ATUL K. AMIN, MD, PC,** | : | |
| **Defendants** | : | |

## ORDER

   **AND NOW**, to wit, this 6th day of March 2015, plaintiffs' motion to

remand (Doc. 3) is **GRANTED**.  The Clerk of Court is directed to

**REMAND** this case, including Defendant Atul Amin's motion to dismiss

(Doc. 7), to the Court of Common Pleas of Pike County, Pennsylvania and

to close this case.

                **BY THE COURT:**


                **s/ James M. Munley**
                **JUDGE JAMES M. MUNLEY**
                **United States District Court**